BEFORE THE SECOND DIVISION, DECEMBER 5, 1963

No. 68154.—Goldie Enterprises et al. *v.* United States, protests 62/19821, etc. (Los Angeles).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of electrical mixing machines similar in all material respects to those the subject of Abstract 65798, the claim of the plaintiffs was sustained.